UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60276
Summary Calendar
_____


CHARLES EDWARD WILSON,

Petitioner-Appellant,

versus

JAMES V. ANDERSON, SUPERINTENDENT,
MISSISSIPPI STATE PENITENTIARY

Respondent-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
(3:95-cv-819-BN)
_____
October 31, 1996


Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Charles Edward Wilson, a Mississippi prisoner, # 44482-53975,
appeals the district court's dismissal of his 28 U.S.C. § 2254
habeas corpus petition as an abuse of the writ. Wilson has
abandoned any claims that he had "cause" for filing a successive

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

petition.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993) (issues not briefed on appeal are deemed abandoned). Wilson's assertion that he was "actually innocent" of the crimes for which he was convicted is not supported by "new reliable evidence."  See Schlup v. Delo, 115 S. Ct. 851, 865, 867 (1995).

AFFIRMED.